IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEMMIE GENE CROW, #1995869 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv343 |
| | § | |
| UNITED STATES DISTRICT CLERK | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were timely filed. After reviewing the Report and Recommendation, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition is **DISMISSED** without prejudice.

It is further **ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 7th day of February, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE